UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor

Order Filed on December 12,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Divya Patel,

               Debtor.

Case No.:   17-25230

Chapter:   11

Judge:   JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 12, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____08/18/2017_____ :

Property:       270 East Clinton Avenue, Tenafly, New Jersey 07670

Creditor:       Bayview Loan Servicing

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____ , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____03/07/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

The Debtors shall continue to make Adequate Protection Payments resuming October 2017.

The Debtors shall continue to timely remit documents to the Lender, as requested.

*Revised 9/19/13*