UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor

Order Filed on March 12, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Divya Patel,

Debtor.

Case No.: 17-25230

Chapter: 11

Judge: JKS

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____08/18/2017_____ :

Property:     270 East Clinton Avenue, Tenafly, New Jersey 07670

Creditor:     Bayview Loan Servicing

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____06/05/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

The Debtors shall continue to make Adequate Protection Payments resuming October 2017.

The Debtors shall continue to timely remit documents to the Lender, as requested.

*Revised 9/19/13*