Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−25230−JKS
        Chapter: 11
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Divya R. Patel
   270 East Clinton Avenue
   Tenafly, NJ 07670

Social Security No.:
   xxx−xx−9503

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     10/4/18
Time:     10:00 AM
Location:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Attorney

COMMISSION OR FEES
$14,105.00

EXPENSES
$1,983.21

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 31, 2018
JAN:

                Jeanne Naughton
                Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                     Case No. 17-25230-JKS
Divya R. Patel                                                             Chapter 11
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Aug 31, 2018
                              Form ID: 137                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db             +Divya R. Patel,    270 East Clinton Avenue,    Tenafly, NJ 07670-2316
aty            +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,    1599 Hamburg Turnpike,    PO Box 2031,
                 Wayne, NJ 07470,    9 07474-2031
acc            +Nitin Bulsara,    9 Judy Resnik Drive,    Randolph, NJ 07869-2961
516968431      +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516968433      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516968434      +Citi,    Pob 6241,   Sioux Falls, SD 57117-6241
516968436     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                 (address filed with court: Ditech Financial Llc,     332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
516968437      +KML Law Group, P.C.,    701 Market St. #5000,    Philadelphia, PA 19106-1541
516968438      +Municipality of Tenafly,    100 Riveredge Road,    Tenafly, NJ 07670-1962

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Aug 31 2018 23:03:59     Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 31 2018 23:04:31     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 31 2018 23:04:27     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517217803      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 31 2018 23:05:05
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1837
516968432       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 31 2018 23:07:28     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517057144       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 31 2018 23:07:12
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517102929      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 31 2018 23:04:17     Comenity Bank,
                 P.O. Box 182273,    Columbus, OH 43218-2273
516983007       E-mail/Text: mrdiscen@discover.com Aug 31 2018 23:03:46     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516968435      +E-mail/Text: mrdiscen@discover.com Aug 31 2018 23:03:46     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
517196120       E-mail/Text: bnc-quantum@quantum3group.com Aug 31 2018 23:04:21
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
516968439      +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2018 23:07:25     Syncb/care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
517118226      +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2018 23:07:42     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517330111*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                Page 2 of 2                  Date Rcvd: Aug 31, 2018
                                  Form ID: 137               Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
          David L. Stevens    on behalf of Accountant Nitin  Bulsara dstevens@scurameley.com,
           ecfbkfilings@scurameley.com;dsklar@scurameley.com;ascolavino@scurameley.com;tscialla@scurameal
           ey.com;mmack@scura.com
          David L. Stevens    on behalf of Debtor Divya R. Patel dstevens@scurameley.com,
           ecfbkfilings@scurameley.com;dsklar@scurameley.com;ascolavino@scurameley.com;tscialla@scurameal
           ey.com;mmack@scura.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-9T1) dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
          Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-9T1) nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-9T1) rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```