UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391
David L. Stevens, Esq. (Attorney ID 034422007)

**Order Filed on September 6,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey**

In Re:

Divya Patel,

                    Debtor.

| | |
|---|---|
| Case No.: | 17-25230 |
| Hearing Date: | 09/06/2018 @ 10 am |
| Judge: | JKS |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

........

**DATED: September 6,
2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Nitin T. Bulsara, CPA | $6,750.00 | |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-25230-JKS
Divya R. Patel                                                            Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Sep 07, 2018
                             Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
db              +Divya R. Patel,    270 East Clinton Avenue,    Tenafly, NJ 07670-2316
aty             +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,    1599 Hamburg Turnpike,    PO Box 2031,
                 Wayne, NJ  07470,    9 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
            David L. Stevens    on behalf of Accountant Nitin  Bulsara dstevens@scuramealey.com,
             ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
             ey.com;mmack@scura.com
            David L. Stevens    on behalf of Debtor Divya R. Patel dstevens@scuramealey.com,
             ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
             ey.com;mmack@scura.com
            Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
             AS TRUSTEE (CWALT 2006-9T1) dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Fran B. Steele    on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov
            Melissa S DiCerbo    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
             AS TRUSTEE (CWALT 2006-9T1) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
            Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
             AS TRUSTEE (CWALT 2006-9T1) rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 7