Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−25230−JKS
                Chapter: 11
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Divya R. Patel
   270 East Clinton Avenue
   Tenafly, NJ 07670

Social Security No.:
   xxx−xx−9503

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/14/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 14, 2019
JAN: zlh

                                                                                    Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-25230-JKS
Divya R. Patel                                                  Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Mar 14, 2019
                              Form ID: 148             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
```
db           +Divya R. Patel,   270 East Clinton Avenue,    Tenafly, NJ 07670-2316
aty          +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,    1599 Hamburg Turnpike,    PO Box 2031,
               Wayne, NJ 07470,    9 07474-2031
acc          +Nitin Bulsara,    9 Judy Resnik Drive,    Randolph, NJ 07869-2961
516968431    +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516968436    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,     SAINT PAUL MN  55101-1311
               (address filed with court:  Ditech Financial Llc,    332 Minnesota St Ste 610,
               Saint Paul, MN 55101)
516968437    +KML Law Group, P.C.,    701 Market St. #5000,    Philadelphia, PA 19106-1541
516968438    +Municipality of Tenafly,    100 Riveredge Road,    Tenafly, NJ 07670-1962
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           EDI: IRS.COM Mar 15 2019 03:43:00      Dist Dir of IRS,    Insolvency Function,    PO Box 724,
               Springfield, NJ  07081-0724
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 15 2019 00:24:10      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2019 00:24:06      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517217803    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 15 2019 00:24:36
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
               Coral Gables, FL 33146-1837
516968432     EDI: CAPITALONE.COM Mar 15 2019 03:43:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238
517057144     EDI: CAPITALONE.COM Mar 15 2019 03:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
516968433    +EDI: CHASE.COM Mar 15 2019 03:43:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516968434    +EDI: CITICORP.COM Mar 15 2019 03:43:00      Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
517102929    +EDI: WFNNB.COM Mar 15 2019 03:43:00      Comenity Bank,    P.O. Box 182273,
               Columbus, OH 43218-2273
516983007     EDI: DISCOVER.COM Mar 15 2019 03:43:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
516968435    +EDI: DISCOVER.COM Mar 15 2019 03:43:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
517196120     EDI: Q3G.COM Mar 15 2019 03:43:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,    Kirkland, WA 98083-0788
516968439    +EDI: RMSC.COM Mar 15 2019 03:43:00      Syncb/care Credit,    950 Forrer Blvd,
               Kettering, OH 45420-1469
517118226    +EDI: RMSC.COM Mar 15 2019 03:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
                                                                                                TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517330111*   +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
               Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Mar 14, 2019
                              Form ID: 148              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:

        David L. Stevens    on behalf of Accountant Nitin  Bulsara dstevens@scuramealey.com,
        ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com

        David L. Stevens    on behalf of Debtor Divya R. Patel dstevens@scuramealey.com,
        ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com

        Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-9T1) dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com

        Fran B. Steele    on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov

        Melissa S DiCerbo    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-9T1) nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com

        Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-9T1) rsolarz@kmllawgroup.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7