UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
dstevens@scura.com
*Counsel for Debtor*

Order Filed on March 14, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

DIVYA PATEL,

        Debtor.

Case No. 17-25230

Chapter 11

Hon. Judge: John K. Sherwood

Hrg Date/Time: March 12, 2019 @ 10A.M

*Oral Argument Not Requested Unless Obj. Timely Filed*

### ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. §1112(b)

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: March 14, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Divya Patel
Case No.: 17-25230
Caption of Order: Motion for an Order Dismissing Case Pursuant to 11 U.S.C. §1112(b)

Upon the motion of the above captioned debtor for an Order Dismissing this Chapter 11 case pursuant to 11 U.S.C. § 1112(b), and the Court having considered the papers and arguments of counsel in support, and in opposition, if any, and good cause shown;

**THE COURT HEREBY FINDS THAT DETERMINES THAT:**

A. The Debtor's Bankruptcy Case no longer serves a bankruptcy purpose and does not have a need for bankruptcy relief;

B. Dismissal is found to be in the best interest of creditors and the estate.

**ACCORDINGLY, IT IS HEREBY**

ORDERED that the Motion is approved as provided herein and Debtor's Chapter 11 case is dismissed.

ORDERED that no later than 15 (fifteen) days from the entry of this order, the Debtor shall file any and all monthly operating reports with the Court and serve a copy on the Office of the U.S. Trustee, and all statutory fees due pursuant to 28 U.S.C. § 1930(a)(6) shall be paid the sooner of 15 days of the date assessed or entry of this order, and; and it is further

ORDERED that should the Debtor fail to comply with this Order, the case will be reopened and converted to a Chapter 7 proceeding upon the submission of a certificate of default by the U.S. Trustee and a proposed order converting this case to a chapter 7 case, by and through counsel, on five (5) days' notice to the Debtor and Debtor's counsel, without the need for filing a separate motion to reopen this case. If the Debtor files a timely objection within 5 days, the Court will schedule a

Debtor: Divya Patel
Case No.: 17-25230
Caption of Order:  Motion for an Order Dismissing Case Pursuant to 11 U.S.C. §1112(b)

hearing. If no objection is filed, the Debtor will be deemed to consent to the reopening and

conversion of this case to a Chapter 7 case pursuant to the procedure set forth herein.

3

United States Bankruptcy Court
District of New Jersey

In re:  
Divya R. Patel  
     Debtor

Case No. 17-25230-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 14, 2019  
                    Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.  
db        +Divya R. Patel,   270 East Clinton Avenue,   Tenafly, NJ 07670-2316  
aty       +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,   1599 Hamburg Turnpike,   PO Box 2031,   Wayne, NJ   07470,    9 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:  
         David L. Stevens    on behalf of Accountant Nitin  Bulsara dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com  
         David L. Stevens    on behalf of Debtor Divya R. Patel dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com  
         Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-9T1) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov  
         Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-9T1) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-9T1) rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                          TOTAL: 7